A94A0163. YOUNG v. THE STATE.
(444 SE2d 167)

McMURRAY, Presiding Judge.

Defendant was charged, via accusation, of making harassing telephone calls (Count 1) and criminal trespass (Counts 2 and 3). The case was tried before a jury and defendant was found guilty on all counts of the accusation. Defendant filed this appeal, pro se. *Held*:

"Factual representations in briefs unsupported by the record will not be considered on appellate review. *Behar v. Aero Med Intl.*, 185 Ga. App. 845, 846 (1) (366 SE2d 223)." *Malaga Mgmt. Co. v. John Deere Co.*, 208 Ga. App. 764, 765 (1) (431 SE2d 746). In the case sub judice, defendant asserts seven enumerations of error that are dependent upon review of a transcript of evidence and proceedings. However, defendant stipulates in his notice of appeal that a transcript of evidence and proceedings will not be included in "the record of ap-

peal, because there isn't a transcript." Further, the record neither includes a transcript of evidence and proceedings prepared from recollection pursuant to OCGA § 5-6-41 (g) nor a stipulation of the case pursuant to OCGA § 5-6-41 (i). Consequently, " 'absent a transcript, "we must assume the ruling[s] of the trial court [are] supported by the evidence." (Cit.)' *Odum v. State*, 196 Ga. App. 293 (3) (396 SE2d 27) (1990)." *Grisson v. State*, 208 Ga. App. 679, 680 (431 SE2d 468).

*Judgment affirmed. Pope, C. J., and Smith, J., concur.*

DECIDED MARCH 9, 1994.

Wendell H. Young, *pro se.*

Paul L. Howard, Jr., Solicitor, Deborah W. Espy, Cheryl L. Harper, Assistant Solicitors, for appellee.

*Judgment affirmed. Pope, C. J., and Smith, J., concur.*